1018

No. 86–491.   GIANCOLA ET AL. *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 86–529.   TRINIDAD CORP. *v.* DISTRICT NO. 1, PACIFIC COAST DISTRICT, MARINE ENGINEERS' BENEFICIAL ASSN., AFL–CIO.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 86–642.   UNITED TRANSPORTATION UNION *v.* TAYLOR ET AL.; and

No. 86–669.   MISSOURI PACIFIC RAILROAD CO. ET AL. *v.* TAYLOR ET AL.   C. A. 5th Cir.   Certiorari denied.   Reported below: 794 F. 2d 1082.

No. 86–643.   KAYZAKIAN *v.* KRAJEWSKI ET AL.   C. A. 4th Cir. Certiorari denied.

No. 86–664.   JAMES-MASSENGALE ET AL. *v.* MARTORI BROS. DISTRIBUTORS ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 86–667.   POLYAK *v.* BUFORD EVANS & SONS.   C. A. 6th Cir.   Certiorari denied.

No. 86–673.   REVLON, INC. *v.* CARSON PRODUCTS CO.   C. A. Fed. Cir.   Certiorari denied.

No. 86–681.   LAWSON *v.* TENNESSEE.   Ct. Crim. App. Tenn. Certiorari denied.

No. 86–682.   PERKINS *v.* ALABAMA.   Ct. Crim. App. Ala. Certiorari denied.

No. 86–683.   ZEMONICK ET AL. *v.* CONSOLIDATION COAL CO. ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 86–732.   BRIEHLER *v.* TOWN OF JAMESTOWN ET AL. C. A. 1st Cir.   Certiorari denied.

No. 86–756.   BIRK ET AL. *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 86–760.   HESCORP *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.